May 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RITA LEMMONS, Appellant

NO. 14-12-00125-CV                    V.

HOUSTON POLICE DEPARTMENT, ET. AL., Appellee

———————————————

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 5, 2012.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by RITA LEMMONS.

We further order this decision certified below for observance.